**Order entered November 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00771-CV

### LASHONDA SMITH, Appellant

### V.

### ROY GONZALEZ, III, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11456**

### ORDER

Before the Court is court reporter Tenesa Shaw's November 8, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than December 7, 2022.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE